**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ROBIN HOOD,
an individual,                                               Case No.: 3:15-cv-01191-HLA-PDB

      Plaintiff,
v.

U.S. BANCORP, d/b/a
U.S. BANK HOME MORTGAGE,
a foreign for-profit corporation,

      Defendant.
_____/

**NOTICE OF SETTLEMENT AND**
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

      **COMES NOW**, Plaintiff, ROBIN HOOD ("Plaintiff"), by and through the undersigned counsel pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) and Middle District of Florida, Local Rule 3.08, and hereby files this *Notice of Settlement and Stipulation for Dismissal with Prejudice*.  Pursuant to Plaintiff's settlement with U.S. BANCORP, d/b/a U.S. BANK HOME MORTGAGE ("Defendant"), Plaintiff states as follows:

      1.     Plaintiff and Defendant reached a confidential settlement in the above-styled case.

      2.     Plaintiff hereby dismisses his claims with prejudice.

      3.     The Parties shall bear their own attorneys' fees and costs.

      4.     To the extent the Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendant's counsel, and Defendant agrees to the relief sought herein.

      Submitted this 3rd day of October 2016.

      Respectfully submitted,

      **LEAVENLAW**

/s/ *Aaron M. Swift*
**Ian R. Leavengood, Esq., FBN 010167**
**Aaron M. Swift, Esq., FBN 093088**
**Gregory H. Lercher, Esq., FBN 106991**
**Sara J. Weiss, Esq., FBN 115637**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
sweiss@leavenlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2016, I filed a true and correct copy of the above and foregoing *Notice of Settlement and Stipulation for Dismissal with Prejudice* via CM/ECF which will electronically serve counsel of record:

Michael J. Labbee, Esq.
S. Douglas Knox, Esq.
Zachary S. Foster, Esq.
QUARLES & BRADY LLP
101 E. Kennedy Blvd., Suite 3400
Tampa, Florida 33602
Michael.Labbee@quarles.com
Douglas.Knox@quarles.com
Zachary.Foster@quarles.com
*Attorneys for Defendant*

/s/ *Aaron M. Swift*
Attorney